IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MILTON ROY, LLC,<br><br>   *Plaintiff,*<br><br> v.<br><br>NORTHEAST PUMP & INSTRUMENT, INC., *et al.*,<br><br>   *Defendants.* | CIVIL ACTION<br>NO. 17-5830 |

# ORDER

**AND NOW**, this 22nd day of August, 2018, upon consideration of the Defendants' Motion to Set Aside Default, (ECF No. 11), it is **ORDERED** that:

1. The Motion is **GRANTED**;

2. The Clerk of Court shall set aside the defaults entered on February 8, 2018 and February 11, 2018; and,

3. Defendants' Answer, attached as Exhibit A to their Motion to Set Aside Default (ECF No. 11, Ex. A) is deemed filed as of February 23, 2018.

               BY THE COURT:


               ***/s/ Gerald J. Pappert***
               GERALD J. PAPPERT, J.