IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MILTON ROY, LLC,<br><br>　　　　　*Plaintiff,*<br><br>　v.<br><br>NORTHEAST PUMP & INSTRUMENT, INC., *et al.*,<br><br>　　　　　*Defendants.* | CIVIL ACTION<br>NO. 17-5830 |

## ORDER

**AND NOW**, this 13th day of June, 2019, upon consideration of Plaintiff's Motion for Summary Judgment (ECF No. 44), Defendants Milton Roy and Christopher Marcos's Response (ECF No. 46) and Plaintiff's Reply (ECF No. 48), and after hearing oral argument on the Motion (ECF No. 50), it is hereby **ORDERED** that the Motion is **DENIED**.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　　***/s/ Gerald J. Pappert***
　　　　　　　　　　　　　　　　　　　　GERALD J. PAPPERT, J.