IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MILTON ROY, LLC, *Plaintiff*, v. NORTHEAST PUMP & INSTRUMENT, INC., et al. *Defendants*. | CIVIL ACTION NO. 2:17-cv-05830-GJP |

FILED
SEP 25 2019
KATE BARKMAN, Clerk
By_____ Dep. Clerk

## CONSENT JUDGMENT

AND NOW, this 25th day of September, 2019, with the consent of Plaintiff Milton Roy, LLC, and Defendants, Northeast Pump & Instrument Company, Inc. and Christopher Marcos, it is hereby ORDERED and DECREED as follows:

1. Count V (Fraudulent Misrepresentation) and Count VI (Fraudulent Transfers) of the Complaint are voluntarily dismissed as to Northeast Pump & Instrument Company, Inc. pursuant to Fed. R. Civ. P. 41.1(a).

2. Judgment is entered in favor of Milton Roy, LLC and against Christopher Marcos as to Count VI (Fraudulent Transfers), Count VII (Breach of Fiduciary Duty), Count VIII (Piercing the Corporate Veil), and Count IX (Civil Conspiracy) of the Complaint; and

3. Christopher Marcos agrees to entry of a monetary judgment against him and in favor of Milton Roy, LLC in the amount of two hundred thousand dollars and no cents ($200,000.00).

1

Date: 9/25/19

BY THE COURT:

Gerald J. Pappert, J.

Consented in form and substance:

| BLANK ROME LLP | DAVID M. MCFARLAN, ATTORNEY AT LAW |
|---|---|
| Ricky M. Guerra, Esquire<br>Attorneys for Plaintiff, Milton Roy, LLC | David M. McFarlan, Esquire<br>Attorney for Defendant, Northeast Pump & Instrument Co., Inc. |

Dated: September 24, 2019

Respectfully Submitted,

**BLANK ROME LLP**

*s/Ricky M. Guerra*
Ricky M. Guerra, Esquire
PA ID No. 93264
One Logan Square
130 N. 18th Street
Philadelphia, PA 19103
Phone: (215) 569-5548
Fax: (215) 689-2781
Rguerra@BlankRome.com
*Attorneys for Plaintiff, Milton Roy, LLC*

2