IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MILTON ROY, LLC,

    *Plaintiff,*

v.

NORTHEAST PUMP & INSTRUMENT, INC., et al.

    *Defendants.*

CIVIL ACTION
NO 2 17-cv-05830-GJP

FILED
SEP 26 2019
KATE BARKMAN, Clerk
By_____ Dep. Clerk

## STIPULATION OF DISMISSAL

Plaintiff Milton Roy, LLC and Defendants Northeast Pump & Instrument Co. Inc. hereby stipulate under Fed. R. Civ. P 41(a)(1)(ii) that this action be dismissed as to any and all remaining and undisposed claims, causes of action and parties, with each party bearing its own fees and costs.

**BLANK ROME LLP**

/s/ Ricky M. Guerra
Ricky M. Guerra, Esquire
Attorneys for Plaintiff, Milton Roy, LLC

**DAVID M. MACFARLAN,
ATTORNEY AT LAW**

/s/ David M. Macfarlan
David M. MacFarlan, Esquire
Attorney for Defendants, Northeast Pump & Instrument Co., Inc. and Christopher Marcos

## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Fed. R. Civ. P. 41(a)(1)(ii), **IT IS ORDERED THAT THIS ACTION BE AND HEREBY IS DISMISSED** as to any and all remaining and undisposed claims, causes of actions, and parties, with each party bearing that party's own fees and costs The Clerk is directed to close the file

BY THE COURT

_____ 9/26/19
GERALD J. PAPPERT, J.

ENT'D SEP 26 2019